# The Tollison Law Firm, P.A.
### 24 Vardry Street, Suite 203
### Greenville, South Carolina 29601
### Tel: 864-451-7038 | Fax: 864-451-7591

L. Walter Tollison, III.
walt.tollison@thetollisonlawfirm.com

Lauren S. Price
lauren.price@thetollisonlawfirm.com

October 15, 2019

**VIA ELECTRONIC TRANSMISSION**
The Honorable Bruce Howe Hendricks
United States District Judge
District of South Carolina

Re: *In re Receiver for Scott A. Kohn, et al*, C.A. No. 6:19-cv-01112-BHH

Dear Judge Hendricks:

On October 2, 2019, the Court entered an Order to Show Cause (ECF No. 14) regarding Mr. David Valencia. Mr. Valencia has retained Elizabeth Campbell, an attorney with Locke Lord LLP to represent him in this matter. Ms. Campbell is not yet admitted to appear in this Court. Ms. Campbell has requested an extension to respond to the Order to Show Cause until October 25, 2019, and the Receiver has no objection to this request.

With highest regards I remain,

Very truly yours,

L. Walter Tollison, III

cc:     Beattie B. Ashmore, Receiver Kohn-FIP