# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

| | | |
|---|---|---|
| In re Receiver for Scott A. Kohn, Future | ) | |
| Income Payments, LLC, Joseph P. Hipp, | ) | Civil Action No.  6:19-cv-01112-BHH |
| Kraig S. Aiken, and David N. Kenneally, | ) | |
| | ) | |

## <u>ORDER</u>

This matter is before the Court on a Petition for a Rule to Show Cause ("Petition") filed by the Receiver, through his counsel, on September 24, 2019 (ECF No. 12.).  The Receiver requested in the Petition that Paramount Financial Services, Inc. d/b/a Live Abundant ("Paramount") be ordered to respond to and engage in discovery related to its receipt of funds that are attributable to the illegal Ponzi scheme perpetrated by Scott A. Kohn ("Kohn"), Future Income Payments, LLC ("FIP"), and others. *See United States v. Kohn, et al,* 6:19-239.  On October 17, 2019, the Court entered an Order (ECF No. 19) directing Paramount to show cause why it should not be required to respond to and engage in discovery with the Receiver regarding the approximately $8.5 million in ill-gotten money it allegedly received from a fraudulent investment scheme orchestrated and carried out by Kohn, FIP and others.   The deadline for response was October 30, 2019.  To date, no response has been received from Paramount.

THEREFORE, pursuant to the Receiver's Petition and for good cause shown, Paramount is directed  to respond to and engage in discovery with the Receiver regarding the approximately $8.5 million in ill-gotten money it allegedly received from a fraudulent investment scheme orchestrated and carried out by Kohn, FIP and others.

**<u>PARAMOUNT IS CAUTIONED THAT FAILURE TO COMPLY WITH THE WITHIN ORDER COULD RESULT IN SANCTIONS FOR CONTEMPT.</u>**

**IT IS SO ORDERED**.

The Receiver is directed to serve the within Order on Paramount, and to file proof of service with the Court.

<u>s/Bruce Howe Hendricks</u>
Bruce Howe Hendricks
United States District Judge

November 7, 2019
Greenville, South Carolina