# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

In re Receiver for Scott A. Kohn, Future )
Income Payments, LLC, Joseph P. Hipp, )    Civil Action No.  6:19-cv-01112-BHH
Kraig S. Aiken, and David N. Kenneally )
                                        )

## SATISFACTION OF PETITION FOR A RULE TO SHOW CAUSE AS TO DLA PIPER, LLC

This Court appointed Receiver Beattie B. Ashmore to collect documents and information, trace and recover funds, and take other steps to investigate a massive Ponzi scheme that was orchestrated and carried out by Scott A. Kohn ("Kohn"), Future Income Payments, LLC ("FIP"), Joseph P. Hipp ("Hipp"), Kraig S. Aiken ("Aiken"), David N. Kenneally ("Kenneally"), and numerous others, including a variety of entities that they controlled and were their alter egos.  In the Court's March 3, 2020 most recent Order concerning the Receiver's appointment ("Order"), these individuals and companies are referred to as the "FIP Receivership Entities." (Order, at 2-4).  On May 12, 2020, the Reciever filed a Petition for Rule to Show Cause seeking certain information and documents from DLA Piper, LLC ("DLA").  (ECF Doc. No. 45.)

After discussions with counsel for DLA, DLA has provided the requested information and documents in full and the Receiver is engaged in a comprehensive review of the production.  As such, nothing additional is needed at this point and the Receiver is satifisied with the response to its Petition for Rule to Show Cause.

Respectfully submitted,

**THE TOLLISON LAW FIRM, P.A.**

/s/L. Walter Tollison, III
L. Walter Tollison, III
Federal Bar No. 4117
Walt.tollison@thetollisonlawfirm.com
/s/Lauren S. Price
Lauren S. Price
Federal Bar No. 10406
Lauren.price@thetollisonlawfirm.com
18-B S. Markley Street
Greenville, South Carolina 29601
Phone:   (864) 451-7038
Fax:       (864) 451-7591

**VANDERBLOEMEN LAW FIRM, P.A.**

Thomas E. Vanderbloemen
Federal Bar No. 9858
tom@vanderbloemenlaw.com
330 East Coffee Street
Greenville, South Carolina 29601
Phone:  (864) 250-9530

*Attorneys for the Receiver*

May 28, 2020
Greenville, South Carolina